BEFORE THE SECOND DIVISION, DECEMBER 27, 1962

**No. 67300.**—Borneo Sumatra Trading Co., Inc., et al. *v.* United States, protests 59/17485(B), etc. (Los Angeles).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 67301.**—Nord Light, Inc. *v.* United States, protest 58/6695 (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of pulleys similar in all material respects to those the subject of *Nord Light, Inc.* v. *United States* (49 CCPA 12, C.A.D. 786), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 27, 1962

**No. 67302.**—Forte, Dupee, Sawyer Co., a Division of Forte-Fairbairn, Inc. *v.* United States, protest 61/15489 (Boston).

Opinion by JOHNSON, J.  In accordance with oral stipulation of counsel that the situation is the same as that involved in Abstract 66163, the claim of the plaintiff was sustained.

**No. 67303.**—Jarrell-Ash Co. *v.* United States, protest 60/19180 (Boston).

Opinion by JOHNSON, J.  In accordance with oral stipulation of counsel that the merchandise consists of cobalt rods which are not electrodes for producing electric arc light, the claim of the plaintiff was sustained.